UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DAVID POSCHMANN

    Plaintiff,

v.                      Case No.: 2:20-cv-00368-JLB-MRM

CHOKOLOSKEE ISLAND PARK, LLC

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

In response to this Court's order of dismissal, (Doc. 12), the parties timely seek approval of a Consent Decree, (Doc. 13-1), under which Defendant agrees to improve accessibility of its website according to Title III of the Americans with Disabilities Act. 42 U.S.C. §§ 12181–12189. After careful consideration, it is **ORDERED**:

1. The Consent Decree is **APPROVED**.

2. Plaintiff's claims are **DISMISSED WITH PREJUDICE** consistent with the Consent Decree, which is **attached and incorporated in this Order**. (Ex. A.)

3. The Court will retain jurisdiction solely for purposes of enforcing the parties' settlement according to the terms of the Consent Decree.

**ORDERED** in Fort Myers, Florida on September 15, 2020.

*/s/ John L. Badalamenti*

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE